UNITED STATES of America for the Use and Benefit of R. E. LEE ELECTRIC COMPANY, Inc., Appellee,

v.

Clifford W. STACK t/a C. W. Stack Company and Hartford Accident and Indemnity Company, Appellants.

No. 13460.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 7, 1970.

Decided Jan. 12, 1970.

Frank L. Cowles, Jr., and Kennon W. Bryan, Fairfax, Va. (Swayze, Parris, Cowles & Tydings, Fairfax, Va., on the brief), for appellants.

Anthony S. Gallucio, Arlington, Va. (Shaffer, VanMeter & Gallucio, Arlington, Va., on the brief), for appellee.

Before BOREMAN, WINTER and BUTZNER, Circuit Judges.

PER CURIAM:

Upon consideration of the record, the briefs, and arguments of counsel we affirm upon the opinion of the district court.[1]

Affirmed.

Andrew J. EASTER, Appellant,

v.

AETNA INSURANCE COMPANY,
Appellee.

No. 13571.

United States Court of Appeals,
Fourth Circuit.

Feb. 11, 1970.

Andrew J. Easter, pro se.

George M. Radcliffe, Baltimore, Md., on brief for appellee.

Before HAYNSWORTH, Chief Judge, and WINTER and BUTZNER, Circuit Judges.

PER CURIAM.

Our examination of the briefs and record satisfies us that this appeal is without merit and that the district judge committed no reversible error. We dispense with argument and affirm.

Affirmed.

1. 308 F.Supp. 46 (E.D.Va.1968).